## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| SEAN G., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 1:18-CV-13-C-BL |
| | § | |
| NANCY A. BERRYHILL, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge and Plaintiff's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Senior District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court further finds that Plaintiff's objections, filed March 14, 2019, are **OVERRULED**.

It is therefore **ORDERED** that the findings and conclusions contained within the Report and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is **AFFIRMED** and this case is **DISMISSED**.

SO ORDERED on this _19th_ day of March 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE